UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOBY MAIZE | CIVIL ACTION |
| VERSUS | NUMBER: 13-5911 |
| SUE ELLEN MONFRA, ET AL. | SECTION: "N"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 20, 2015 (Rec. Doc. No. 34), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that that Plaintiff's lawsuit is dismissed with prejudice pursuant to Rule 41(b), Fed. R. Civ. P., and Local Rule 41.3.1.

New Orleans, Louisiana, this 23rd day of January, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE